1234

No. 11–7405. HENDRICKS *v.* GALLOWAY ET AL. C. A. 4th Cir. Motion of petitioner for reconsideration of order denying leave to proceed *in forma pauperis* [*ante*, p. 1106] denied.

No. 11–8288. HAGANS *v.* GEORGIA. Ct. App. Ga.; and

No. 11–8486. ADLER *v.* COMMISSIONER OF INTERNAL REVENUE. C. A. 3d Cir. Motions of petitioners for leave to proceed *in forma pauperis* denied. Petitioners are allowed until March 19, 2012, within which to pay the docketing fees required by Rule 38(a) and to submit petitions in compliance with Rule 33.1 of the Rules of this Court.

No. 11–8659. IN RE HESS. Petition for writ of habeas corpus denied.

No. 11–8535. IN RE DELESTON. Motion of petitioner for leave to proceed *in forma pauperis* denied, and petition for writ of mandamus dismissed. See this Court's Rule 39.8.

No. 10–999. ALLEN *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 11–318. CALDWELL *v.* KENTUCKY. Ct. App. Ky. Certiorari denied.

No. 11–462. BRONCO'S SALOON, INC., ET AL. *v.* APB ASSOCIATES, INC.; and

No. 11–503. T&R ENTERPRISES, INC. *v.* APB ASSOCIATES, INC. C. A. 6th Cir. Certiorari denied. Reported below: 425 Fed. Appx. 499.

No. 11–469. TAYLOR *v.* CALIFORNIA. Ct. App. Cal., 5th App. Dist. Certiorari denied.

No. 11–517. BYRNE ET AL. *v.* JACKLER. C. A. 2d Cir. Certiorari denied.

No. 11–525. YOUNG ET AL. *v.* ORTIZ. C. A. 5th Cir. Certiorari denied.

No. 11–599. NATIONAL ORGANIZATION FOR MARRIAGE *v.* MCKEE ET AL. C. A. 1st Cir. Certiorari denied.